IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. ALLEN,

    Plaintiff,                    No. CIV S-04-0622 FCD GGH P

    vs.

THEO WHITE, Warden,

    Defendant.                  ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 29, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  On September 8, 2005, plaintiff was granted until September 15, 2005 to file objections.  Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

/////

1 file, the court finds the findings and recommendations to be supported by the record and by
2 proper analysis.
3    Accordingly, IT IS HEREBY ORDERED that:
4    1. The findings and recommendations filed July 29, 2005, are adopted in full; and
5    2. Defendant's February 24, 2005 motion to dismiss this action as barred by the
6 statute of limitations is granted and this case is dismissed.
7 DATED: September 22, 2005

9         /s/ Frank C. Damrell Jr.
        FRANK C. DAMRELL JR.
10        United States District Judge