UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**

DEC - 7 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

| | |
|---|---|
| MICHAEL E. ALLEN,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>THEODORE WHITE, Warden; et al.,<br><br>    Defendants - Appellees. | No. 05-17075<br>D.C. No. CV-04-00622-<br>FCD/GGH<br><br><br>**ORDER** |

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith    [X]

Explanation: _____

_____

_____

GREGORY G. HOLLOWS
Judge
United States District Court

Date: **DEC - 7 2005**